UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

A-1 PRIVATE CARE CORP.,   Case No. 19-15936-LMI
                          Chapter 13

    Debtor.
_____/
A-1 PRIVATE CARE CORP.,
                          Adv. Pro. No.

    Plaintiff,

vs.

NATIONSTAR MORTGAGE LLC. D/B/A
CHAMPION MORTGAGE COMPANY,

    Defendant.
_____/

**ADVERSARY COMPLAINT TO DETERMINE PRIORITY AND VALIDITY OF LIEN AND SLANDER TO TITLE**

COMES NOW Plaintiff A-1 PRIVATE CARE CORP [hereinafter referred to as "Plaintiff and/or Debtor"], by and through undersigned counsel, and sues Defendant NATIONSTAR MORTGAGE LLC. D/B/A CHAMPION MORTGAGE COMPANY, [hereinafter referred to as "Defendant"], and alleges as follows:

**SHORT SUMMARY OF THE CASE**

1. Debtor owns property located at 8107 SW 72 Ave # 223E, Miami, Florida 33143 [hereinafter referred to as the "Property".] Sunwood Inc., has a mortgage on the property, and a Final Judgment of Foreclosure dated January 9, 2019, in the Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida in Case No.18-035694-CA-31.

1

2. Defendant NATIONSTAR MORTGAGE LLC. D/B/A CHAMPION MORTGAGE COMPANY and/or Bank of America, N.A., had a prior mortgage on the same Property recorded in the Official Records of Miami-Dade County, Florida, and had filed a Satisfaction of Mortgage on 6/27/2017, CFN 2017R0362584, OR BK 30588 Pg. 3030. A copy of same is attached here as Exhibit "A."

3. Defendant has commenced a foreclosure on the same Property, in the Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida in Case No. 2018-13671-CA-01. A copy of the Lis Pendens is attached hereto as Exhibit "B."

4. Plaintiff/Debtor is attempting to refinance this Property, and is unable to do so because of the Lis Pendens and pending foreclosure case filed by the Defendant on this Property, and Debtor is seeking to determine the validity and priority of the Defendant's lien on this Property.

## GENERAL ALLEGATIONS

5. This is a cause of action pursuant to 11 U.S.C. §§ 506, 1325, §543(b)(1), 105, and other sections of the Bankruptcy Code to determine the extent, validity and priority of lien.

6. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157 (a).

7. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(E & H), and is filed in compliance with Federal Rule of Bankruptcy Procedure 7001 (2 & 9).

8. Venue is proper pursuant to 28 U.S.C. §1409(a).

9. The Plaintiff is a debtor under Chapter 11 of Title 11, a Corporation incorporated in the State of Florida, and has the capacity to sue or be sued and is otherwise *sui juris*.

10. Defendant is a foreign corporation incorporated in one of the States of the United States of America, and has the capacity to be sued or be sued, and is otherwise *sui juris*.

## FACTUAL BACKGROUND

11. On May 3, 2019, Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

12. Debtor owns property located at 8107 SW 72 Ave., # 223E, Miami, Florida 33143, and with a legal description as follows:

**Condominium Unit 223-E of Granada Dadeland Condominium, a Condominium, according to the Declaration of Condominium thereof, as recorded in O.R. Book 10531, Page 925, and as amended, Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto.**

13 Sunwood Inc., has a mortgage on the Property recorded on 9/21/2017, in the Official Records of Miami-Dade County, under CFN # 20170528556 OR BK 30689, Page 1108, and a Final Judgment of Foreclosure on the subject Property, dated January 9, 2019, attached hereto as Exhibit "C."

14. Despite the fact that BOA/Nationstar has filed a Satisfaction of the prior mortgage on the property, it filed a Lis Pendens and commenced a foreclosure case, and the Lis Pendens causes a cloud on the Property.

15. Debtor is unable to refinance or sell the property due to this cloud on the Property.

## COUNT 1
## DETERMINATION OF PRIORITY AND VALIDITY OF LIEN

16. Plaintiff restates and realleges the allegations contained in paragraphs 1 though 15 above as if same were fully set forth herein, and further states as follows:

17. The Subject Property has a new mortgage by Sunwood, Inc., recorded in the Official Records of Mimai-Dade County, Florida on 9/21/2017, under CFN # 20170528556 OR BK 30689, Page 1108.

18. Bank of America/Nationstar Mortgage filed a Satisfaction of Mortgage on the subject property on 6/27/2017, CFN 2017R0362584, OR BK 30588 Pg. 3030.

19. Bank of America/Nationstar Mortgage has filed a foreclosure on the subject Property in the Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida in Case No. 2018-13671-CA-01.

20. The Lis Pendens and the Foreclosure Action acts as a cloud on the subject Property preventing the Debtor from refinancing or selling the Property.

WHEREFORE, Plaintiff requests this Honorable Court to enter a judgment against Defendant as follows:

1. Determining that Sunwood, Inc., has a priority lien on the subject Property.

2. Bank of America/Nationstar Mortgage's lien is not valid.

3. The Lis Pendens and Foreclosure Action is not proper and should be dismissed.

4. Reasonable attorneys fees and costs for the prosecution of this action.

5. Any other relief that is just and proper under the circumstances.

### COUNT 11
### SLANDER OF TITLE

21. Plaintiff restates and realleges the allegations contained in paragraphs 1 though 20 above as if same were fully set forth herein, and further states as follows:

22. Bank of America/Nationstar Mortgage filed a Satisfaction of Mortgage on the subject property on 6/27/2017, CFN 2017R0362584, OR BK 30588 Pg. 3030.

23. Despite the filing of the Satisfaction of Mortgage, Bank of America/Nationstar Mortgage has filed a Lis Pendens and foreclosure on the subject Property in the Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida in Case No. 2018-13671-CA-01.

24. The Lis Pendens and the improper Foreclosure Action acts as a cloud on the subject Property preventing the Debtor from refinancing or selling the Property, and slanders the Title of the subject Property.

WHEREFORE, Plaintiff requests this Honorable Court to enter a Judgment against the Defendant as follows:

1. Determine that the Lis Pendens filed in the Official Records is void.

2. The Foreclosure Action filed by the Defendant is improper and wrongful.

3. That the wrongful and improper Lis Pendens and Foreclosure action acts as a cloud on the subject Property and slanders the title making it impossible to sell or refinance the property.

4. An order directing Defendant to discharge the Lis Pendens and dismiss the foreclosure action.

5. Reasonable attorneys fees and costs for the prosecution of this action.

6. Any other relief that is just and proper under the circumstances.

**ADDITIONAL RELIEF REQUESTED**

25. Plaintiff reserves the right to add additional defendants and/or Counts as discovery progresses in this case.

Respectfully submitted on this **12th** day of August, 2019.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**DCS LAW GROUP, P.A.**
8751 W. Broward Blvd
Suite 301
Plantation, Florida 33324
(954) 358-5911 (Telephone)
(954) 357-2267 (Facsimile)
www.DsouzaLegalGroup.com
Email: Dtdlaw@aol.com

By: **/s/ Elias Leonard Dsouza**
Elias Leonard Dsouza, Esq.
Florida Bar No. 399477