```
CFN 2017R0362584
OR BK 30588 Ps 3030 (1Pss)
RECORDED 06/27/2017 09:37:03
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

RECORDING REQUESTED AND PREPARED BY:
Celink
PO Box 40724
Lansing, Michigan 48901
**KRIS MIRELES - CELINK**

And When Recorded Mail To:
Celink
PO Box 40724
Lansing, Michigan 48901
Customer#: 59
Service#: 90948RL1
Loan#: 868392

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: that the undersigned, holder of a certain mortgage, whose parties, dates and recording information are below, does hereby acknowledge that the lender has received full payment and satisfaction of the same. Accordingly, the County Recorder is hereby authorized and directed to discharge the same upon the record of said mortgage. Original Mortgagor: **ORESTES FERNANDEZ, AN UNMARRIED PERSON.** Original Mortgagee: **BANK OF AMERICA, N.A..** Mortgage Dated: **MARCH 04, 2009** Recorded on: **MARCH 11, 2009** as Instrument No. **2009R0178474** in Book No. **26783** at Page No. **1202** County of **MIAMI-DADE**, State of **FLORIDA**. IN WITNESS WHEREOF, THE UNDERSIGNED, BY THE OFFICER DULY AUTHORIZED, HAS DULY EXECUTED THE FOREGOING INSTRUMENT ON ___May 26, 2017___

**CHAMPION MORTGAGE COMPANY**

By: _Amy McCain_
**AMY MCCAIN, VICE PRESIDENT**

WITNESS:

_____   _____
**ELIZABETH STEWART**                **LAUREN ALLWARD**

State of    **MICHIGAN**        }
County of   **CLINTON**         } ss.

On __5-26-2017__, before me, **KRISTINA M. MIRELES**, a Notary Public, personally appeared **AMY MCCAIN** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_Kristina M. Mireles_
(Notary Name): **KRISTINA M. MIRELES**

Notary Public In and for INGHAM County
Acting in CLINTON County, MICHIGAN State
My Commission Expire: 09/11/2021