EXHIBIT "B"

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,<br>    Plaintiff,<br><br>vs.<br><br>THE UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES AND ALL OTHERS WHO MAY CLAIM AN INTEREST IN THE ESTATE OF ORESTES FERNANDEZ, DECEASED; MARTHA ELENA FERNANDEZ; GRANADA DADELAND CONDOMINIUM, INC.; STATE OF FLORIDA, DEPARTMENT OF REVENUE; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS,<br>    Defendants.<br>_____/ | IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA GENERAL JURISDICTION DIVISION CASE NO.<br><br>**NOTICE OF LIS PENDENS** |

TO:  THE DEFENDANTS NAMED ABOVE AND ALL OTHERS TO WHOM IT MAY
     CONCERN:

PAGE 3

17-047441

2018-013671-CA-01

1.  YOU ARE HEREBY NOTIFIED of the institution of this action by the Plaintiff against you seeking to foreclose a note and mortgage encumbering the following described real property in **Miami-Dade** County, Florida, in Official Records Book 26844, Page 3913.

> **UNIT 223-E, OF GRANADA DADELAND CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORDS BOOK 10531, PAGE 925 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, AND ALL AMENDMENTS THERETO, TOGETHER WITH ITS UNDIVIDED SHARE IN THE COMMON ELEMENTS.**
>
> **-A/K/A 8107 SW 72 AVENUE UNIT 223E, MIAMI, FL 33143**

Including the buildings and appurtenances located thereon.

Dated this _____ day of __APR 23 2018_____, 20___.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
Service Email: mail@rasflaw.com

By: _____
[ ] Jonathan Meisels, Esq., Florida Bar No. 29235, Email Address: j.meisels@rasflaw.com
[ ] Melissa Konick, Esq., Florida Bar No. 17569, Email Address: mkonick@rasflaw.com
[X] Wendy Manswell, Esq., Florida Bar No. 12027, Email Address: wmanswell@rasflaw.com
[ ] Tiffanie Waldman, Esq., Florida Bar No. 86591, Email Address: twaldman@rasflaw.com
[ ] Shannon Dobel, Esq., Florida Bar No. 126299, Email Address: sdobel@rasflaw.com
[ ] Gweneth Brimm, Esq., Florida Bar No. 727601, Email Address: gbrimm@rasflaw.com